IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JUANITA ELLIS                                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 1:25-CV-00117-LG-RPM

WAL-MART STORES, INC.,                                                              DEFENDANTS
and JOHN DOES 1-4, Individually
and as Agents and Employees of WAL-MART
STORES, INC.

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff, JUANITA ELLIS, by and through counsel of record, files this her *Motion to Amend Complaint* and in support thereof would show, as follows:

1. On February 27, 2025, plaintiff, JUANITA ELLIS, filed this action in the Circuit Court of the First Judicial District of Harrison County, Mississippi against defendants, WAL-MART STORES, INC., hereinafter "*Wal-Mart*", DARRIEN SKIPPER, and JOHN DOES 1-4, seeking damages for personal injuries she suffered when she slipped and fell in a puddle of water at the Wal-Mart Store located at 1733 East Pass Road, Gulfport, Mississippi. More specifically, plaintiff alleged acts of negligence against all defendants in this matter, including but not limited to JOHN DOES 1-4.

2. On April 17, 2025, WAL-MART removed this matter to the United States District Court for the Southern District of Mississippi pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, which establishes original federal jurisdiction where a matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.

3. At the time of removal, the identify of JOHN DOES 1-4 was unknown to plaintiff as the parties had not engaged in any meaningful discovery. WAL-MART has since provided plaintiff with the identity of JOHN DOES 1-4. Because the identity of JOE DOES 1-4 are now known, plaintiff is seeking to amend her *Complaint* to name Wendy Knight and Eric Knight as parties to this litigation.

Wendy Knight and Eric Knight, both WAL-MART managers, were present at the time of and can be held liable for plaintiff's fall. See *Hale v. Wal-Mart Stores, Inc.*, Civil Action No. 3:96CV402 (S.D. Miss. 1997) and *Shoemaker v. Jane Doe Employee and Wal-Mart Stores, Inc.*, Civil Action No. 3:98CV633 (S.D. Miss. 1999), cases which held managers could be personally liable for their own negligence in failing to inspect and repair dangerous conditions at their workplaces.

4. In accordance with the *Case Management Order* entered by this Honorable Court on August 12, 2025, this *Motion* is timely filed as the deadline to file motions for amendments is September 12, 2025.

5. Fed. R. Civ. P. 15(a) directs that leave to amend "*shall be freely given when justice so requires.*" The rule evinces a bias in favor of granting leave to amend and should be interpreted "*to facilitate determination of claims on the merits and to prevent litigation from becoming a technical exercise in the fine points of pleading.*" *Dussouy v. Gulf Coast Investment Corp.*, 660 F.2d 594, 598 (5th Cir. 1981). "*Unless there is substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial.*" *Id*.

6.  A copy of the proposed *Amended Complaint* is attached as Exhibit "*A*" and incorporated herein.

7.  Applying Rule 15, which mandates that amendments should be given freely, plaintiff requests this Honorable Court grant her leave to amend her complaint to name Wendy Knight and Eric Knight as parties to this litigation.

8.  Because of the nature of this motion, plaintiff request that the requirement of a separate *Memorandum of Authorities* be waived. If the Court deemed a separate *Memorandum of Authorities* is necessary, plaintiff will timely submit a *Memorandum*.

WHEREFORE, plaintiff prays for the entry of an order (a) granting plaintiff leave to amend her complaint and (b) granting any other relief equitable or approved in this matter.

THIS, the 12th day of September, 2025.

Respectfully Submitted,
JUANITA ELLIS, PLAINTIFF

By:   /s/   Tamekia R. Goliday
           TAMEKIA R. GOLIDAY,
           Attorney for Plaintiff

OF COUNSEL:
Honorable Tamekia R. Goliday, MSB No. 99431
GOLIDAY LAW FIRM
Post Office Box 13632
Jackson, Mississippi 39236-3632
T: 601/368.1800
F: 769/233.8095
E: trg@golidaylawfirm.com

3

## **CERTIFICATE OF SERVICE**

I, TAMEKIA R. GOLIDAY, counsel for plaintiff, certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the *ECF* system which sent notification of such filling to the following:

>Honorable W. Pemble Delashmet
>wpd@delmar-law.com

>Honorable Chad C. Marchand
>ccm@delmar-law.com

>Honorable Mignoon M. Delashmet
>mmd@delmar-law.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-*ECF* participants:

>NONE

THIS, the 12th day of September, 2025.

>/s/   Tamekia R. Goliday
>TAMEKIA R. GOLIDAY
>Attorney for Plaintiff